# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0310. WILLIAM HENRY SAVIOR v. SHIQUITA MARCELLA SAVIOR et al.

On February 19, 2024, the trial court entered an order adjudicating and dismissing with prejudice William Henry Savior's petition to dismiss his paternity to Shiquita Marcella Savior. William Henry Savior filed this application for discretionary appeal on April 7, 2024. We lack jurisdiction because the application is untimely.

An application for discretionary appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). See also *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011) (noting that this Court "has held that the failure to meet the statutory deadline for filing a discretionary appeal is a jurisdictional defect"). As this application was filed 48 days after entry of the order, it is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/22/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*